IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-00814-LTB-MJW

STEVE STANFORD,

Plaintiff(s),

v.

MENDAKOTA INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Entry of Protective Agreement and Order (docket no. 13) is GRANTED. The written Stipulated Protective Agreement and Order is APPROVED and made an Order of Court.

Date:  December 14, 2005