IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-00814-LTB-MJW

STEVE STANFORD,

Plaintiff(s),

v.

MENDAKOTA INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Unopposed Motion to Amend the Scheduling Order (document 18) is GRANTED. Defendant shall designate experts by January 31, 2006. Plaintiff shall designate rebuttal experts by February 21, 2006. The depositions of the doctors shall take place after February 1, 2006.

Date: January 3, 2006