**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00814-LTB-MJW

STEVE STANFORD,

       Plaintiff,

v.

MENDAKOTA INSURANCE COMPANY,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the F.R.C.P. Rule 41(a)(1) Stipulation of Dismissal (Doc 22 - filed February 13, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED: February 14, 2006